| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jaime Colon** | Social Security number or ITIN **xxx−xx−3431** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maribel Colon** | Social Security number or ITIN **xxx−xx−8172** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **11−43826−KCF** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jaime Colon                                                                                   Maribel Colon

    <u>12/9/16</u>                                                              **By the court:**       <u>Kathryn C. Ferguson</u>
                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                       Case No. 11-43826-KCF
Jaime Colon                                                  Chapter 13
Maribel Colon
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Dec 09, 2016
                               Form ID: 3180W           Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db/jdb        +Jaime Colon,    Maribel Colon,    96 Hagaman Street,    Carteret, NJ 07008-2037
cr            +Sovereign Bank, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
512559072     +Abelson & Truesdale,    147 Union Avenue,    Suite 1E,   Middlesex, NJ 08846-1063
512559074     +Central Jersey Pathology Consultanta, PA,    Po Box 2238,    Edison, NJ 08818-2238
512613297     +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
512559079     +Edison Imaging Associates ,P.A.,    Po Box 2178,    Edison, NJ 08818-2178
512559082     +JFK Medical Center,    Po Box 18007,    Newark, NJ 07191-8007
512559084     +Middlesex County Probation Division,    96 Bayard Street,    New Brunswick, NJ 08901-2124
516354533      Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
512706567     +New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 248,
                Trenton, NJ 08646-0248
512979079     +PNC Mortgage,    3232 Newmark Drive,    Miamisburg OH 45342-5433
512559085     +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
512559087     +Raritan Bay Medical Center RHG,    Po Box 48071,    Newark, NJ 07101-4871
512559088      Rock Associates, LLC,    PO Box 2029,    Edison, NJ 08818-2029
512874897    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
512559090     +Sovereign Bank,    865 Brook Street,    Rocky Hill, CT 06067-3444
513103751      Sovereign Bank, N.A. (formerly Sovereign Bank),    PO Box 15102,    Wilmington, DE 19886-5102
512559092     +Sperry,   2400 Jericho Tpke,    New Hyde Park, NY 11040-4711
512672352     +Sperry Associates Federal,    Credit Union,    2400 Jericho Turnpike,
                GardenCity Park, NY 11040-4711
512559093     +St. Barnabas Outpatient Centers,    PO Box 8500,    Philadelphia, PA 19178-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 09 2016 22:57:00      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 09 2016 22:56:56       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
512564508     +EDI: AFNIRECOVERY.COM Dec 09 2016 22:33:00      Afni, Inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
512720266     +EDI: OPHSUBSID.COM Dec 09 2016 22:33:00      BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512569140      EDI: BANKAMER2.COM Dec 09 2016 22:33:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102
512559073     +EDI: BANKAMER.COM Dec 09 2016 22:33:00      Bank of America,    PO Box 15026,
                Wilmington, DE 19850-5026
512559075     +E-mail/Text: bankruptcy@certifiedcollection.com Dec 09 2016 22:56:46
                Certified Credit & Collection,    P.O. Box 336,    Raritan, NJ 08869-0336
512559076     +EDI: CHASE.COM Dec 09 2016 22:43:00      Chase,   PO Box 15153,    Wilmington, DE 19886-5153
512662889      EDI: CHASE.COM Dec 09 2016 22:43:00      Chase Bank USA, N.A.,    PO Box 15145,
                Wilmington, DE 19850-5145
512559077     +EDI: CITICORP.COM Dec 09 2016 22:33:00      Citi Cards,    PO Box 6241,
                Sioux Falls, SD 57117-6241
512598664     +E-mail/Text: dplbk@discover.com Dec 09 2016 22:57:27      Discover Personal Loan,    PO Box 30954,
                Salt Lake City, UT 84130-0954
512559078     +E-mail/Text: dplbk@discover.com Dec 09 2016 22:57:27      Discover Personal Loans,    PO Box 6105,
                Carol Stream, IL 60197-6105
512559080     +EDI: BANKAMER.COM Dec 09 2016 22:33:00      FIA Card Services,    Po Box 15019,
                Wilmington, DE 19886-5019
512559081     +E-mail/Text: collections@jeffersonassociates.com Dec 09 2016 22:57:05       Jefferson Associates,
                3 Coral Street,    Edison, NJ 08837-3242
512559083     +EDI: TSYS2.COM Dec 09 2016 22:33:00      Macy’s,   Bankruptcy Processing,    P.O. Box 8053,
                Mason, OH 45040-8053
512806496      EDI: BL-CREDIGY.COM Dec 09 2016 22:33:00      Main Street Acquisition Corp,    Becket and Lee LLP,
                Attorneys/Agent for Creditor,    POB 3001,    Malvern, PA 19355-0701
512630010      EDI: RECOVERYCORP.COM Dec 09 2016 22:33:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512559089     +EDI: NAVIENTFKASMSERV.COM Dec 09 2016 22:33:00      Sallie Mae,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
512868983     +EDI: NAVIENTFKASMSERV.COM Dec 09 2016 22:33:00      Sallie Mae PC Trust,    c/o Sallie Mae Inc.,
                220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
512880535     +E-mail/Text: cop@santander.us Dec 09 2016 22:56:50      Sovereign Bank,
                Attn: Bankruptcy Department,    601 Penn Street,    Mailcode 10-6438-FB4,
                Reading, PA 19601-3544
512559091     +E-mail/Text: cop@santander.us Dec 09 2016 22:56:50      Sovereign Bank,    450 Penn Street,
                Reading, PA 19602-1011
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Dec 09, 2016
                              Form ID: 3180W           Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512559086    ##+Quest Diagnostics,    Po Box 71304,    Philadelphia, PA 19176-1304
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Bruce C. Truesdale    on behalf of Debtor Jaime   Colon brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com
              Bruce C. Truesdale    on behalf of Joint Debtor Maribel   Colon brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    Sovereign Bank, N.A. nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Sarah J. Crouch    on behalf of Joint Debtor Maribel   Colon Nickfitz.law@gmail.com,
               nadiafinancial@gmail.com
              Sarah J. Crouch    on behalf of Debtor Jaime   Colon Nickfitz.law@gmail.com,
               nadiafinancial@gmail.com
                                                                                             TOTAL: 10
```